UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------X
                                                            :
UNITED STATES OF AMERICA,                                   :
                                                            :
                    -v-                                     :          21-CR-626 (LTS)
                                                            :
CHRISTAL HODGE and ASHAUN BRYANT,                           :
                                                            :
                    Defendants.                             :
                                                            :
-------------------------------------------------------------------X

<u>ORDER</u>

The Court has requested that a pretrial conference take place via teleconference on the morning of **December 6, 2021, at 12:00 p.m**. No conference date, time or modality can be confirmed before the end of the preceding week, so counsel are requested to keep their calendars open between the hours of **9 a.m. and 1 p.m. on December 6, 2021**, until further notice.

The Court has also requested that defense counsel be given an opportunity to speak with Defendant Bryant by telephone for fifteen minutes before the proceeding begins; defense counsel should make sure to answer the telephone number that was previously provided to Chambers at that time.

In advance of the conference, Chambers will provide the parties with further information on how to access the conference.

SO ORDERED.

Dated: New York, New York
       November 18, 2021

<u>/s/ Laura Taylor Swain</u>
LAURA TAYLOR SWAIN
Chief United States District Judge