UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------x

UNITED STATES OF AMERICA

   -v-                                                                                              No.  21-CR-626-LTS

CHRISTAL HODGE,                                                                                ORDER

            Defendant.

-------------------------------------------------------x

        The change of plea hearing in this case is scheduled to proceed on April 14, 2022, at 2 P.M., in Courtroom 17C.  The parties' attention is directed to the Court's policies regarding courthouse entry and COVID-19 test reporting protocols, which are available on the Court's website, at https://www.nysd.uscourts.gov/covid-19-coronavirus.

        The parties are directed to email Chambers at SwainNYSDCorresp@nysd.uscourts.gov any documents they would like the Court to consider during or in connection with the proceeding at least 24 hours in advance of the proceeding.

        SO ORDERED.

Dated: New York, New York                        /s/ Laura Taylor Swain
       March 31, 2022                            LAURA TAYLOR SWAIN
                                                              Chief United States District Judge