```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------X
                                     :
UNITED STATES OF AMERICA             :
                                     :   21 CR 626
     -against-                       :
                                     :   ORDER
                                     :
Christal Hodge                       :
                                     :
         Defendant                   :
                                     :
-------------------------------------X
```

Laura Taylor Swain, Chief United States District Judge:

ORDERED that the defendant's bail be modified from home detention to a curfew, with the hours at the discretion of Pretrial Services. The defendant is not permitted to travel to the following areas: Soundview Houses, Monroe Houses, Sotomayor Houses, Stevenson Commons or the Castle Hill neighborhood.

Dated: New York, New York
       April  11 , 2022

                                        SO ORDERED


                                        /s/ Laura Taylor Swain
                                        _____
                                        Laura Taylor Swain
                                        Chief U.S. District Judge