**Federal Defenders**
OF NEW YORK, INC.

52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

*Southern District*

David E. Patton
*Executive Director
and Attorney-in-Chief*

*Southern District of New York*
Jennifer L. Brown
*Attorney-in-Charge*

November 18, 2022

VIA ECF

**MEMO ENDORSED**

The Honorable Laura T. Swain
United States Chief District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Re:   **United States v. Christal Hodge**
       **21 Cr 626 (LTS)**

Dear Chief Judge Swain,

    I write with the consent of Pretrial Services and the Government to respectfully request the Court modify Ms. Hodge's release conditions to allow her to move to and reside in the Northern District of New York with her parents while she awaits her designation and voluntary surrender date. Ms. Hodge will furnish her new address to her Pretrial Officer and coordinate with him should the Court approve this request to transfer her supervision to that jurisdiction's Pretrial Services office. Thank you for the Court's consideration.

The foregoing request is granted. Ms. Hodge's supervision shall be transferred to the Northern District of New York Pretrial Services Office, with such transfer to predicated upon coordination with and approval of her current Pretrial Services Officer.  SO ORDERED.

Dated: 11/21/2022
/s/ Laura Taylor Swain, Chief U.S.D.J.

Respectfully Submitted,

/s/ _____
Ian H. Marcus Amelkin
Federal Defenders of New York, Inc.
(212) 417-8733
ian_marcus_amelkin@fd.org

CC: AUSA Edward Robinson, Jr., Esq.